IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cruz, Yvonne

Printed: 12/23/08

Case Number: 05 B 40859
Judge: Hollis, Pamela S
Filed: 9/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 30, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 44,383.00 |  |
| Secured: |  | 13,778.04 |
| Unsecured: |  | 24,069.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 2,339.52 |
| Other Funds: |  | 1,801.52 |
| Totals: | 44,383.00 | 44,383.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | Affiliated Financial Corporation | Secured | 13,778.04 | 13,778.04 |
| 3. | Overland Bond & Investment Corp | Unsecured | 7,227.42 | 10,324.88 |
| 4. | Affiliated Financial Corporation | Unsecured | 1,476.90 | 2,109.86 |
| 5. | Asset Acceptance | Unsecured | 7,047.50 | 10,067.85 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 371.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,097.13 | 1,567.33 |
| 8. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 9. | Chicago Womens Health | Unsecured |  | No Claim Filed |
| 10. | Bank Of Marion | Unsecured |  | No Claim Filed |
| 11. | Ed Falconetti Sales C/O Tek-Collect Corp | Unsecured |  | No Claim Filed |
| 12. | Global Payments | Unsecured |  | No Claim Filed |
| 13. | Allied Interstate | Unsecured |  | No Claim Filed |
| 14. | Specialized Card Services | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
| 16. | Talro Insurance | Unsecured |  | No Claim Filed |
| 17. | St Mary of Nazareth Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,391.99 | $ 40,241.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cruz, Yvonne

Printed: 12/23/08

Case Number:  05 B 40859
Judge:  Hollis, Pamela S
Filed:  9/27/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 424.43 |
| 5% | 203.70 |
| 4.8% | 335.23 |
| 5.4% | 843.00 |
| 6.5% | 498.41 |
| 6.6% | 34.75 |
|  | $ 2,339.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

